UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARCI G. PAMPUCH,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:16-CV-933-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DECLINES to adopt the M&R in part, SUSTAINS in part defendant's objections to the M&R [D.E. 26], DENIES plaintiff's motion for judgment on the pleadings [D.E. 20], and GRANTS defendant's motion for judgment on the pleadings [D.E. 22].

**This Judgment Filed and Entered on March 12, 2018, and Copies To:**
Derrick Kyle Arrowood        (via CM/ECF electronic notification)
Mark J. Goldenberg        (via CM/ECF electronic notification)

DATE:        PETER A. MOORE, JR., CLERK
March 12, 2018        (By) /s/ Nicole Briggeman
        Deputy Clerk